

## FORM 1 VOLUNTARY PETITION

| United States Bankruptcy Court | VOLUNTARY PETITION |
|---|---|
| **SOUTHERN District of NEW YORK** | |

**IN RE (Name of debtor-If individual, enter Last, First, Middle)**

Barney's, Inc.

**NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle)**

**ALL OTHER NAMES used by debtor in the last 6 years**
(Include married, maiden and trade names)

N/A

**ALL OTHER NAMES used by the joint debtor in the last 6 years**
(Include married, maiden and trade names)

96 B 40113

**SOC. SEC./TAX I.D. NO. (If more than one, state all)**

13-4942980

**SOC. SEC./TAX I.D. NO. (If more than one, state all)**

**STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)**

106 Seventh Avenue
New York, New York   10011

**STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip)**

BK JUDGE GARRITY

**COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS**

New York

**COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS**

**MAILING ADDRESS OF DEBTOR (If different from street address)**

**MAILING ADDRESS OF JOINT DEBTOR (If different from street address)**

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR**
(If different from addresses listed above)

The debtor operates retail clothing
and accessory stores in New York

Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days
☒ immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR**

☐ Individual
☐ Joint (H&W)
☐ Partnership
☐ Other _____

☐ Corporation Publicly Held
☒ Corporation Not Publicly Held
☐ Municipality

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)**

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ 304-Case Ancillary to Foreign Proceeding

**NATURE OF DEBT**

☐ Non-Business Consumer    ☒ Business - Complete A&B below

**FILING FEE (Check one box)**

☒ Filing fee attached.
☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3

**A. TYPE OF BUSINESS (check one box)**

☐ Farming
☐ Professional
☒ Retail/Wholesale
☐ Railroad

☐ Transportation
☐ Manufacturing/ Mining
☐ Stockbroker

☐ Commodity Broker
☐ Construction
☐ Real Estate
☐ Other Business

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**

LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, New York  10019
Telephone No. (212) 424-8200

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

The debtor operates flagship
stores under the "Barneys" name
in NY, CA, FL, MA, NJ, and VA

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR**

John P. Campo, Esq.

☐ Debtor is not represented by an attorney

### STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. 604)
(Estimates only) (Check applicable boxes)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

11/6/96 - 10:16 p.m.

Filed U.S. Bankruptcy
Court Southern
District of New York
of Cecelia Morris

**ESTIMATED NUMBER OF CREDITORS**

☐ 1-15   ☐ 16-49   ☐ 50-99   ☐ 100-199   ☐ 200-999   ☒ 1000-over

**ESTIMATED ASSETS (in thousands of dollars)**

☐ Under 50   ☐ 50-99   ☐ 100-499   ☐ 500-999   ☐ 1000-9999   ☒ 10,000-99,000   ☐ over 100,000

**ESTIMATED LIABILITIES (in thousands of dollars)**

☐ Under 50   ☐ 50-99   ☐ 100-499   ☐ 500-999   ☐ 1000-9999   ☒ 10,000-99,000   ☐ over 100,000

**ESTIMATED NUMBER OF EMPLOYEES -CH 11 & 12 ONLY**

☐ 0   ☐ 1-19   ☐ 20-99   ☐ 100-999   ☒ 1000-over

**ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY**

☐ 0   ☒ 1-19   ☐ 20-99   ☐ 100-499   ☐ 500-over

Form 1. P2 (C-90)

Julius Blumberg, Inc. NYC 10013

Name of Debtor **BARNEY'S, INC.**      Case No. _____

(Court use only)

## FILING OF PLAN

For Chapter 9, 11,12 and13 cases only. Check appropriate box.

☒ A copy of debtor's proposed plan dated _____ is attached.     ☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
|  |  |  |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (if more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
|  |  |  |
| Relationship | District | Judge |
|  |  |  |

## REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X _____     Date
Signature

| INDIVIDUAL /JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| X _____<br>Signature of Debtor<br><br>Date | X _____<br>Signature of Authorized Individual<br><br>**Robert L. Pressman**<br>Print or Type Name of Authorized Individual<br><br>**Co-chairman**<br>Title of Individual Authorized by Debtor to File this Petition<br><br>Date |

## EXHIBIT "A" ( To be completed if debtor is a corporation requesting relief under chapter 11.)

☒ Exhibit "A" is attached and made a part of this petition.

## TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353  322)

I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _____     Date
Signature of Debtor

X _____     Date
Signature of Joint Debtor

## EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they ) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____     Date
Signature of Attorney

their judgment shall be necessary and desirable, in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any officer or officers of the Company in connection with the reorganization and recapitalization of the Company or any matter or matters related thereto, or by virtue of these resolutions be, and they hereby are, ratified, confirmed and approved in all respects.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of the Company this 4th day of January, 1996.


Marc H. Perlowitz
Secretary



**UNITED STATES BANKRUPTCY COURT**  SOUTHERN  DISTRICT OF  NEW YORK  EXHIBIT "A"

In re:  **BARNEY'S, INC.**  Debtor(s)  Case No.

Chapter  **11**

(If debtor is a corporation filing under chapter 11 of the Code, this Exhibit "A" shall be completed and attached to the petition)

## EXHIBIT "A" to Voluntary Petition

1. Debtor's employer identification number is  **13-4942980**
2. If any of debtor's securities are registered under 12 of the Securities and Exchange Act of 1934, the SEC file number is  **N/A**
3. The following financial data is the latest available information and refers to debtor's condition on

| | | Approximate number of holders |
|---|---|---|
| a. Total assets .................. $ | 381536693.00 | |
| b. Total liabilities .................. | 361447938.00 | |
| Fixed, liquidated secured debt ........ | 0.00 | 0 |
| Contingent secured debt ............. | unknown | 15 |
| Disputed secured claims ............ | same claims | 0 |
| Unliquidated secured debt .......... | same claims | 0 |
| Fixed , liquidated unsecured debt ...... | 349264401.00 | 1100 |
| Contingent unsecured debt .......... | 0.00 | 0 |
| Disputed unsecured claims .......... | 12183537.00 | 600 |
| Unliquidated unsecured debt .......... | unknown | 950 |
| Number of shares of preferred stock ........ | 327,695 | |
| Number of shares of common stock ........ | 8,560 | |

Comments, if any:

There are five shareholders of preferred stock.  There are ten shareholders of common stock.

4. Brief description of debtor's business:

The debtor manages and operates men's and women's retail clothing and accessories stores.

5. List the name of any person who directly or indirectly owns, controls or holds, with power to vote, 20% or more of the voting securities of debtor:

Fred Pressman

6. List the names of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

Robert L. Pressman 9/28/82 Trust
Eugene Pressman 9/28/82 Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
In re                               :
                                    :    Chapter 11
       BARNEY'S, INC., <u>et</u> <u>al</u>.  :    Case Nos. 96 B _____( )
                                    :    through 96 B _____( )
                    Debtors.        :
                                    :    Tax I.D. No. 13-4942980
                                    :
                                    :
------------------------------------x

**AFFIDAVIT OF ROBERT L. PRESSMAN AND EUGENE PRESSMAN**
**PURSUANT TO RULE 52 OF THE LOCAL BANKRUPTCY RULES**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

        ROBERT L. PRESSMAN and EUGENE PRESSMAN, each being

duly sworn, depose and say,

        1.   We are the Co-Chairmen of Barney's Inc.

("Barney's"), debtor and debtor in possession herein.  We have

personal knowledge of, and am familiar with, the business

affairs of Barney's and each of its subsidiaries which have also

filed for bankruptcy relief (collectively, the "Barney's

Debtors").  With respect to financial information set forth

herein, we have relied on information provided to us by various

officers of the Barney's Debtors, and with respect to pending

legal matters, we have relied on the Barney's Debtors'

attorneys.  A complete list of the Barney's Debtors also filing

petitions for relief is attached as Exhibit 1.  Affiliated real

estate companies are also filing petitions for relief (these

real estate affiliated debtors are referred to as the "Preen

Debtors").

2.    We submit this affidavit pursuant to Rule 52 of the Local Bankruptcy Rules for the Southern District of New York.

3.    Unless otherwise indicated, the financial information set forth in this affidavit is unaudited.

4.    The Barney's Debtors have their principal executive offices at 106 Seventh Avenue, New York, New York.

5.    The Barney's Debtors have filed voluntary petitions for reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), with the Clerk of this Court and have continued in the management and operation of their respective businesses and properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed herein.  Moreover, no official creditors' committee(s) has been appointed herein pursuant to section 1102 of the Bankruptcy Code.

6.    The Barney's Debtors are engaged in the operation of retail clothing stores under the "Barney's" or "Barneys New York" name or other supplementary businesses such as the leasing of equipment for stores, the licensing of the "Barney's" name or apparel wholesaler.  As of the commencement date of these chapter 11 cases, Barney's operates 9 stores or outlet centers located in, among other states, New York, California, Florida, and Massachusetts.  Its affiliate, Barneys America, Inc. ("America"), also a chapter 11 debtor in possession, operates another 11 stores or outlet centers throughout the United

-2-

States.  In each of its stores, the Barney's Debtors sell a wide variety of name brand products that may be generally categorized as follows:  (a) fine men's and women's clothing, and (b) men's and women's accessories.

7.  Historically, merchandise has been purchased from a variety of merchandise vendors, as is customary in the general retailing business.  No individual vendor typically accounted for a significant percentage of the Barney's Debtors purchases.

8.  Shortly before the commencement of these chapter 11 cases, the Barney's Debtors had approximately 2000 employees chain-wide, of which approximately 1185 were located in its New York executive offices and its New York stores.  The average Barney's store employs between 25 and 300 people, depending upon store size, which ranges from 5,000 to 250,000 square feet and seasonal needs.  Employees hired to accommodate seasonal demands are typically employed on a part-time basis.

9.  To the best of the Barney's Debtors' knowledge, no unofficial creditors' or other committees were formed prior to the filing of the Debtors' chapter 11 cases.

10.  Pursuant to Federal Rule of Bankruptcy Procedure 1007(d) and Local Rule 52(a)(3), a consolidated list (including all wholly-owned subsidiaries) containing the names, addresses, and the amounts of the claims of the Barney's Debtor's 25 largest known unsecured creditors (excluding insiders), as of January 5, 1996 is annexed hereto as Exhibit 2.  A separate list has been prepared for the 20 largest creditors of America because it is not wholly-owned by Barney's.  Reen Japan Corp. is

-3-

also not wholly-owned by Barney's but its unsecured creditors are nominal.

11. A summary of each of the Barney's Debtors' assets and liabilities on an unaudited basis is annexed as Exhibit "A" to the accompanying chapter 11 petitions.

12. Barney's is a privately-held company having approximately 8560 shares of issued and outstanding common stock. America is also privately-held having approximately 350,000 shares of issued and outstanding common stock. In addition, both Barney's and America have preferred shares issued and outstanding. The other Barney's Debtors with the exception of Reen Japan Corp. with the exception of Reen Japan Corp. are wholly-owned subsidiaries of Barney's.

13. A consolidated list containing the property of the Barney's Debtors' in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor or agent of any such person is annexed hereto as Exhibit 3.

14. A consolidated list describing the nature and present status of each action pending or threatened against the Barney's Debtors or their property where a judgment against any of the Barney's Debtors or a seizure of their properties may be imminent is annexed hereto as Exhibit 4.

15. A schedule setting forth the premises which the Barney's Debtors currently own, lease or otherwise hold from which they operate their businesses is annexed hereto as Exhibit 5.

16.   The Barney's Debtors' books and records are principally located at its executive offices at 1201 Valley Brook Avenue, Lyndhurst, New Jersey.   The principal assets of the Barney's Debtors are located at the premises set forth in Exhibit 5.   None of the Barney's Debtors' substantial assets or books and records are located outside the territorial limits of the United States.

17.   The Barney's Debtors intend to continue the operation of their businesses for the purpose of reorganizing, and accordingly set forth the following information required by Local Bankruptcy Rule 52(b):

a.   The estimated payroll of the Barney's Debtors for employees (exclusive of executive officers, stockholders and directors), inclusive of federal, state, and local withholding taxes, for the thirty (30) day period following the filing of the Debtors' chapter 11 petitions is approximately $6,850,000.

b.   The estimated payroll, including salaries, fees, and other compensation of Barney's Debtors executive officers, stockholders, and directors for the thirty (30) day period following the filing of the Debtors' chapter 11 petitions is approximately $406,230.

c.   Barney's Debtors estimates that for the thirty-day period following the commencement of its chapter 11 cases, it will have cash receipts, exclusive of sales tax, of approximately $20,149,361 (Barney's $13,612,599 and America $6,536,762) and cash disbursements, exclusive of sales tax, of

approximately $35,000,000 (Barney's $24,300,000 and America $11,700,000) for a net cash use of approximately $(14,850,639).

      d.   The Barney's Debtors estimate that for the thirty day period following the filing of the Debtor's chapter 11 petitions it will have $4,000,000 accrued but unpaid obligations, which will be paid in the ordinary course of the Barney's Debtors businesses.

    18.  In accordance with Rule 51 of the Local Bankruptcy Rules, a copy of the duly attested corporate minutes and resolution of each of the Barney's Debtors' Board of Directors authorizing the filing of such chapter 11 petition is annexed hereto as Exhibit 6.

    19.  As required by the Rule 50 of the Local Bankruptcy Rules, counsel for the Debtors contacted the Clerk's Office to ascertain the Court's preferred method of preparing and transmitting a list of all creditors.  In accordance with the instructions received, the Debtors have prepared such a list on computer discs and filed the discs with the Clerk of the Court.

## CIRCUMSTANCES LEADING TO THE
## DEBTORS' FILING UNDER CHAPTER 11

    20.  Barney's was founded by Barney Pressman and opened its first men's clothing store in New York in 1923.  The Barney's Debtors continued to operate out of this sole store and in 1989 formed America for the purpose of expanding its operations to other states.  The chain grew to, and currently maintains, 14 stores and six outlets operating in 11 states.

21. Over the years, the "Barney's" name has come to mean the highest quality, service, dependability and continuity in the men's and women's fine clothing retail industry. In fact, it is considered by many retail industry executives to be the "crown jewel" of the retail world. The Barney's Debtors' customers are extremely loyal, in part, because of the dedicated employees whose service reputation is unequalled.

22. The Barney's Debtors have thousands of direct and indirect relationships with vendors and suppliers whose own business and livelihood, including the jobs that they provide for their own employees, depend on the continued operations and rehabilitation of the Barney's Debtors.

23. The Barney's Debtors' current difficulties were caused by a serious problem with capital structure that caused a liquidity problem in the wake of the drawing of its cash flow to Isetan of America, Inc. ("IOA"), its joint venture partner in a major expansion of its business, which included the building and financing of flagship Barneys stores at 660 Madison Avenue, New York, New York, Chicago, Illinois and Beverly Hills, California. Contemporaneously with the commencement of these bankruptcy cases, Barney's is suing IOA and its parent to correct its capital structure problem by recharacterizing IOA's interest in these ventures as equity contributions to Barney's.

24. Despite its current capital structure problem, however, the Barney's Debtors are fundamentally sound and valuable businesses with a strong customer base. The Barney's Debtors will be able to economically and effectively accomplish

-7-

its required restructuring as contemplated by the provisions of chapter 11. It will emerge as a strong operationally and financially viable enterprise servicing the retailing needs of its customers and providing employment for thousands of persons, while being a valuable customer for its vendors and suppliers.

25. The Barney's Debtors intend and desire to continue the operation of its business and the management of its properties in accordance with sections 1107(a) ad 1108 of the Bankruptcy Code and intend to confirm a plan of reorganization pursuant to chapter 11 of the Bankruptcy Code in accordance with the process contemplated by the Bankruptcy Code and the applicable substantive law.

DATED:  January 10, 1996

_____
ROBERT L. PRESSMAN

DATED:  January 10, 1996

_____
EUGENE PRESSMAN


Sworn to before me this
_10_ th day of January 1996

_____
Notary Public

BETTY HERMAN
NOTARY PUBLIC, State of New York
No. 4605141
Qualified in New York County
Commission Expires April 4, 1996

-8-

Exhibit 1

## Exhibit 1

| Debtor | Tax I.D. |
|---|---|
| Barney's, Inc. | 13-4942980 |
| Barneys America, Inc. | 13-3471324 |
| BNY Licensing Corp. | 22-3024177 |
| BNY Leasing Corp. | 51-0341939 |
| Basco All-American Sportswear Corp. | |
| PFP Fashions, Inc. | |
| Reen Japan Corp. | |

C2 07942 00307 C188204.1
01/10/96 12:29am

Exhibit 2

## BARNEY'S, INC.
## (Consolidated With Wholly-Owned Subsidiaries)

### THIRTY LARGEST UNSECURED CREDITORS

| | Name | Address | Type of Claim | Amount |
|---|---|---|---|---|
| 1. | Chemical Bank | Asset Based Lending Region<br>633 Third Avenue<br>7th Floor<br>New York, NY 10017<br>Attn: Credit Deputy<br>(212) 878-3674 | bank loan | $71,149,381.00 |
| 2. | Republic National Bank | 452 Fifth Avenue<br>New York, NY 10018<br>(212) 525-6000 | bank loan | 25,103,906.00 |
| 3. | Allstate Life Insurance Company | Private Placements Dept.<br>Allstate Plaza West J2A<br>3100 Sanders Road<br>Northbrook, IL 60062<br>(708) 402-8709 | notes | 25,079,542.00 |
| 4. | NatWest Bank N.A. | 1133 Avenue of the Americas<br>New York, NY 10036 | bank loan | 15,892,791.00 |
| 5. | The Travelers Insurance Company | One Tower Square<br>Hartford, CT 06183-2030<br>Attn: Securities Dept. | notes | 15,050,907.00 |
| 6. | Connecticut General Life Insurance Company | CIG & Co.<br>c/o CIGNA Investments, Inc.<br>Hartford, CT 06152<br>Attn: Private Securities<br>Division (S-307)<br>Asset Management Division | notes | 15,044,543.00 |
| 7. | Teachers Insurance and Annuity Association | 730 Third Avenue<br>New York, NY 10017<br>Attn: Securities Division<br>– Private Placements<br>(212) 916-4347 | notes | 15,044,543.00 |
| 8. | Bank Hapoalim B.M. | 1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Donna Gindoff<br>(212) 782-2000 | bank loan | 11,919,623.00 |
| 9. | Bank of Tokyo Trust Company | 1251 Avenue of the Americas<br>New York, NY 10116<br>Attn: Mat Croghan<br>(212) 782-4000 | bank loan | 11,919,623.00 |
| 10. | The Equitable Life Assurance Society of United States | c/o Equitable Capital<br>Management Corporation<br>1285 Avenue of the Americas<br>19th Floor<br>New York, NY 10019<br>Attn: Corporate Finance Dept.<br>(212) 554-3514 | notes | 11,034,998.00 |

| | Name | Address | Type of Claim | Amount |
|---|---|---|---|---|
| 11. | Protective Life Insurance Company | 13455 Noel Road, LB #45<br>1150 Two Galleria Tower<br>Dallas, TX 75240<br>Attn: JT Jufer | bank loan | 9,952,754.00 |
| 12. | Via Banque, S.A. | 10 rue Volney<br>75002 Paris FRANCE<br>Attn: Solange | bank loan | 7,946,455.00 |
| 13. | Midlantic Bank N.A. | 499 Thornall Street<br>Edison, NJ 08837<br>Attn: Michael A. Richards | bank loan | 5,959,811.00 |
| 14. | Kemper Investors Life Insurance Company | c/o Kemper Financial Services, Inc.<br>120 South LaSale Street<br>Chicago, IL 60603<br>Attn: Fixed Income Dept. - Private Placements | notes | 5,016,969.00 |
| 15. | P.T. Bank Negara Indonesia (Persero) | 55 Broadway<br>New York, NY 10016<br>Attn: Monica Baccar | bank loan | 4,767,849.00 |
| 16. | Lumbermens Mutual Casualty Company | c/o Kemper Financial Services, Inc.<br>120 South LaSale Street<br>Chicago, IL 60603<br>Attn: Fixed Income Dept. - Private Placements | notes | 4,013,575.20 |
| 17. | Franklin Life Insurance Company | Franklin Square<br>Springfield, IL 62713<br>Attn: Investment Division | notes | 4,012,727.00 |
| 18. | Banco di Sicilia - S.p.A. | 250 Park Avenue<br>8th Floor<br>New York, NY 10177<br>Attn: Salvatore Cianvecchio<br>(212) 692-4300 | bank loan | 3,973,168.00 |
| 19. | Federal Kemper Life Assurance Company | c/o Kemper Financial Services, Inc.<br>120 South LaSale Street<br>Chicago, IL 60603<br>Attn: Fixed Income Dept. - Private Placements | notes | 3,010,181.40 |
| 20. | Hugo Boss Fashions, Inc. | 4600 Tiedman Road<br>Brooklyn, OH 44144 | trade payables | 2,400,927.00 |

| | Name | Address | Type of Claim | Amount |
|---|---|---|---|---|
| 21. | Donna Karan Menswear | P.O. Box 7247-7525<br>Philadelphia, PA | trade payables | 1,981,915.00 |
| 22. | American Motorists Insurance Company | c/o Kemper Financial<br>Services, Inc.<br>120 South LaSalle Street<br>Chicago, IL 60603<br>Attn:  Fixed Income Dept.<br>-Private Placements | notes | 1,254,242.25 |
| 23. | Marzotto | 1290 Avenue of Americas<br>Suite 1437<br>New York, NY 10104<br>(212) 541-8855 | trade payables | 1,125,697.00 |
| 24. | Fidelity Life Association | c/o Kemper Financial<br>Services, Inc.<br>120 South LaSalle Street<br>Chicago, IL 60603<br>Attn:  Fixed Income Dept.<br>-Private Placements | notes | 1,003,393.80 |
| 25. | Hickey Freeman | P.O. Box 93543<br>Chicago, IL 60673 | trade payables | 1,001,373.00 |

C191145.1

## BARNEYS AMERICA

## TWENTY LARGEST UNSECURED CREDITORS

| Name | Address | Type of Claim | Amount of Claim |
|------|---------|---------------|-----------------|
| Chemical Bank | 633 Third Ave. 7th Floor New York, NY 10017 Attn: Credit Deputy | Bank loan/ letters of credit | $1,910,266.82 |
| B&F Building Corp. | 244 West 49th Street New York, NY 10019 (212) 315-4330 | trade/ contractor | $841,157 |
| Hugo Boss Fashions | 4600 Tiedman Rd. Brooklyn, OH 44144 | trade | $465,322 |
| Giorgio Armani Menswear | 116 Seaview Drive Secaucus, N.J. 07094 | trade | $252,255 |
| Donna Karan Menswear | P.O. Box 7247-7525 Philadelphia, PA 01917 | trade | $136,450 |
| Espace c/o Robert Clergerie | 600 Third Ave. New York, N.Y. 10016 (212) 535-8887 | trade | $131,841 |
| Con Edison | P.O. Box 5273 New York, NY 10150-5273 (212) 683-8830 | trade | $88,689 |
| PFC Holdings | | rent | $80,154 |
| Hickey Freeman | P.O. Box 93543 Chicago, IL 60673 | trade | $67,155 |

| | | | |
|---|---|---|---|
| Hermes, Inc. | 745 Fifth Ave. New York, NY 10151 | trade | $66,114 |
| Delta Technical Corp. | 814 Pacific Street, Brooklyn, NY 11238 | trade | $52,112 |
| Faliero Sarti & Figli | Via Vittorio Alfieri 92 Campi Bisenzio Firenze | trade | $48,373 |
| Franke, Gottsegen, Cox | 443 Greenwich Street, New York, NY 10013 | architect | $45,891 |
| Aetna Life | Premium Collection-MC33 66 Sigourney St, Hartford, CT 06160-0479 | insurance | $41,396 |
| Flynn-Hill Elevator | P.O. Box 4079 Church Street Station New York, NY 10261 | trade | $38,489 |
| Ales Group | 625 Madison Ave. New York, NY 10022 | trade | $34,037 |
| Celia Tejada | 1251 Howard Street San Francisco, CA 94100 | trade | $29,944 |
| Artista Shirts | c/o National Bank of NYC 38th Ave. at 138th St. Flushing, NY 11354 | trade | $29,269 |
| Federal Express | P.O. Box 1140 Dept A Memphis, Tenn. 38101-1140 | trade | $27,613 |

| | | | |
|---|---|---|---|
| Correliani | 730 5th Avenue<br>14th Floor<br>New York, NY<br>10019 | trade | $24,499 |

Exhibit 3

**Barneys New York**
**Security Deposits**

**As of 11/25/95**

| Date | Description | Address    *Ex. 3* | Balance @ 11/25/95 |
|------|-------------|---------|-------------------|
| 11/08/88 | John Hancock Leasing Corp(WFC) | John Hancock Place, PO Box 111, Boston, Mass. 02117 | 97,497.20 |
| 7/28/73 | Bank Bag Deposit | | 65.00 |
| 7/28/73 | American Airlines | | 425.00 |
| 01/31/76 | ADP Payroll Pouch | | 10.00 |
| 04/15/80 | Con Edison | | 265.00 |
| 08/01/81 | Mender | | 850.00 |
| 08/31/82 | Comptroller Deposit Sec. 12 | | 1,000.00 |
| 11/30/84 | Con Edison # 118 | | 95.00 |
| 01/30/85 | Con Edison # 230 | | 1,850.00 |
| 04/30/86 | Con Edison 144 W 17th St | | 27,600.00 |
| 02/26/90 | CNA Insurance Co.-Premium Deposit | | 774.00 |
| | Canal Surplus (Mirror Balls 91) | | 1,171.95 |
| | UPS-Prepayment | | 2,000.00 |
| | Siemens Credit Corp | 5300 Broken Sound Blvd. NW, Boca Raton, Fl. 33487-3509 | 15,015.15 |
| 08/11/93 | Manhattan Ford-Lincoln Mercury | 555 W. 57th Street, NY NY 10019 | 450.00 |
| 08/24/93 | Siemens Credit Corporation | 5300 Broken Sound Blvd. NW, Boca Raton, Fl. 33487-3509 | 11,120.87 |
| 09/30/93 | Fujitsu Business Comm.System | P.O. Box 751040 Charlotte, N.C. 28275 | 10,000.00 |
| 09/30/93 | Keycorp Leasing LTD (A-6) | 54 State St. 8th Floor, Albany NY 12207 | 37,500.00 |
| 09/30/93 | AT&T Commercial Finance Corp (A-3,4,5) | 44 Whippany Road, Morristown, NJ 07962-1983 | 277,087.61 |
| 09/30/93 | NYNEX Credit Company (A-10) | 335 Madison Avenue, Room 2006, NY NY 10017 | 112,500.00 |
| 09/30/93 | Sanwa General Equiptment Leasing (A-1,2) | 502 Washington Ave. Suite 600 Towson MD 21204 | 375,000.00 |
| 12/22/93 | Fujitsu Business Comm System | | 10,000.00 |
| 06/27/94 | Meadowland Ford Truck Sales Inc | 330 County Avenue, Secaucus, N.J. 07096 | 475.00 |
| | Pepe Motors Corp | 50 Bank Street, White Plains NY 10606 | 1,175.00 |
| 07/12/94 | Zen Yonkovig | 315 Sea Spary Ave., Palm Beach, Fl. 33480 | 4,200.00 |
| 09/30/93 | ATEL Cash Distribution Fund V (A-9) | 235 Pine St, 67th Floor, San Francisco, Ca 94104 | 124,235.22 |
| 09/30/93 | ATEL Cash Distribution Fund IV (A-8) | 235 Pine St, 67th Floor, San Francisco, Ca 94104 | 86,870.36 |
| 09/30/93 | ATEL Cash Distribution Fund III (A-7) | 235 Pine St, 67th Floor, San Francisco, Ca 94104 | 75,340.39 |
| 07/29/94 | AT&T (Beverly Hills) | | 429,439.33 |
| 07/29/94 | Textron (660) (A-11) | | 62,409.42 |
| 7/29/94 | Mad 61 Security Deposit | | 10,000.00 |
| | **Escrow:** | | |
| 07/30/94 | E&L#177,194,195 BNY#850(1/mth Escrow-B.H.) | | 483,477.00 |
| 07/30/94 | E& #177,194,195 BNY#850-AT&T Refund-B.H. | | (125,950.00) |
| 12/8/94 | AT&T (Beverly Hills) | | (187,467.80) |
| 7/25/95 | AT&T Capital Corp | | (36,663.60) |
| 7/26/95 | CIT Group Holdings | 900 Ashwood Parkway, 6th Floor, Atlanta, GA 30338 | (100,860.00) |
| | **Net Escrow** | | 32,535.50 |
| 08/27/94 | Walter Erickson (Rental) | | 3,600.00 |
| 08/27/94 | BMW of Manhattan | 547 West 47th St, NY NY 10036 | 803.53 |
| 10/29/94 | Zumbach Sports Car | 629 West 54th St., NY NY 10019 | 525.00 |
| 04/01/95 | Siemens Credit Corporation(620-0003834-000) | 5300 Broken Sound Blvd. NW, Boca Raton, Fl. 33487-3509 | 3,089.00 |
| 04/01/95 | Siemens Credit Corporation(620-0003708-000) | 5300 Broken Sound Blvd. NW, Boca Raton, Fl. 33487-3509 | 8,676.60 |
| 04/01/95 | Siemens Credit Corporation(620-0003707-000) | 5300 Broken Sound Blvd. NW, Boca Raton, Fl. 33487-3509 | 18,655.50 |
| 1993 | BANY-PSE&G | | 15,000.00 |
| 1993 | BANY-CIT Group | | 30,285.90 |
| 7/29/95 | B.H. Restaurant-Coca Cola Machine | | 35.00 |
| 7/29/95 | B.H. Restaurant-Kitchen Equiptment | | 1,345.80 |
| 08/26/95 | AT&T - Cabazon | 32 Avenue of the Americas, NY NY 10013 | 3,403.10 |
| 08/26/95 | Siemens Credit Corp | 5300 Broken Sound Blvd. NW, Boca Raton, Fl. 33487-3509 | 3,465.80 |
| | | | 0.00 |
| | | | 1,897,842.70 |

**Barneys America**
Security Deposits
260110
For the Period Ended 11/25/95

| Date | Description | Address | Balance @ 11/25/95 |
|------|-------------|---------|-------------------|
| 101-516 | Lilco-Electric Deposit | | 85.00 |
| | Lilco-Electric Deposit | | 100.00 |
| | Lilco-Electric Deposit | | 2,200.00 |
| 104-516 | Southern Conn Gas-104 Lease | 880 Broad Street, Bridgeport, CT. 06604 | 9,698.00 |
| | B.H.C. | | 225.00 |
| 252-252 | Commonwealth Edison | P.O. Box 286 Chicago, Ill 60690 | 2,000.00 |
| 351-516 | Costa Mesa Water | | 825.00 |
| | U.P.S. | | 600.00 |
| 352-516 | Southwestern Bell | | 125.48 |
| | Southwestern Bell | | 65.00 |
| | CIT Group/ Houston Store | | 89,385.5 |
| 353-516 | Houston Power and Light | | 2,252.5 |
| | Houston Power and Light | | 2,252.5 |
| 520-516 | Southern Conn Gas | | 216.9 |
| | | | 110,030.9 |

Basco All American Sportswear Corp.

| | | |
|---|---|---|
| Con Edison | P.O. Box 1702, NY, NY 10116 | 970.0 |
| Summit Lincoln | 68 River Rd, Summit, NJ 07901 | 567.0 |
| Bell Atlantic | P.O. Box 4833, Trenton, NJ 08650 | 1,800.0 |
| Nynex | P.O. Box 1100, Albany, NY 12250 | 2,064.0 |
| UPS | P.O. Box 85036, Louisville, KY 40285 | 425.0 |
| Toshiba America | P.O. Box 71188, Chicago, IL 60694 | 476.0 |
| 58-64 Fortieth St. Corp. | 233 B'Way, NY, NY 10279 | 64,000.0 |
| TOTAL | | 70,302. |

PFP Fashions Inc.

None

Exhibit 4

# BARNEY'S PENDING LAWSUITS

| Plaintiff Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| Gary Abrahamsen - fall from scaffold | Lehrer, McGovern | Nov. 19, 1991 | 660 Madison Ave. | NY Sup Ct. County of NY 2541692 | Metropolitan Life One Madison Ave. NY NY 10010 | David M. Lee, Esq. 225 B'way Ste 2500 NY NY 10007 | Newman Sehlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |
| James Bestman and Renee Bestman - fall from scaffold | Barney's (Lehrer, McGovern) | Aug. 2, 1993 | 660 Madison Ave. | NY Sup Ct. County of Richmond 12800/94 | Barney's Insurer - (but for informational purposes only) ITT Hartford Liability/Property Claim Office 7 World Trade Center NY 10048-1193 | Bosco, Bigagno & Mascolo 857 Forest Ave. Staten Island, NY 10310 | Barney's has no representation McGovern, Lehrer is represented by Newman Sehlan |
| Frank Botari - fall from scaffold | Barney's, Met Life & Lehrer, McGovern | Dec. 7, 1992 | 660 Madison Ave. | NY Sup Ct Queen County #02520?/94  Lehrer, McGovern's Insurer Aetna Casualty Triad IV 1981 Marcus Ave. Lake Success, NY 11040 | Aetna | Turan and Turan Attorneys at Law 99 Powerhouse Rd. Suite 303 Roslyn Heights, NY 11577-2040 | Newman Sehlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |

C2 07942 00433 CI9001.2
01/07/96 12:19am

C2.07042.00033.CI90101.2
01/07/96 12:19pm

| Plaintiff Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| Robert Brady and Maria Brady <br> - tripped on pipe and fell | Barney's, Lehrer, McGovern, Met Life, 660 Madison Ave. Condo | Nov. 9, 1992 | 660 Madison Ave. | NY Sup Ct- New York County #11179/93 | Aetna (Lehrer, McGovern) | Moskowitz, Passman & Edelman, Esqs. 225 Broadway New York, NY 10007 | Newman Sohlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |
| Wigand Corp. <br> - foreclosure of mechanic's lien | Barney's Inc. | May 3, 1993 | 660 Madison Ave. | NY Sup Ct- County of New York 600809/95 | N/A | Daves, Scott, Weber & Edwards, P.C. 100 Park Avenue New York, NY 10017 | Law offices of Mitchell Baker |
| Joseph Corning & Nancy Corning <br> - fall off ladder | Barney's New York, Barney's Inc., Newireen... Lehrer, McGovern... et al | July 4, 1993 | 660 Madison Ave. | NY Sup CT New York County #95-106198 | Aetna | Argyropoulos & Bender 33-19 Broadway Astoria, NY 11106 | Newman Sohlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |
| Giovanni DiMaggio and Rosa DiMaggio <br> - fall from ladder | Third-Party Defendant: Lehrer, McGovern, 660 Mad. Condo. | May 26, 1993 | 660 Madison Ave. | NY Sup Ct King's County Original Case: 24915/93 Third Party Ind #: 74310/94 | Aetna | Moore & Lafferty Attorneys for M.O'Connor Contracting Co. (Def) /3rd party Plaintiff) One Pierrepont Plaza, Suite 1206 Brooklyn Heights, NY 11201 <br><br> Frank P. Mangiatordi, Esq. 60 East 42nd Street, Ste. 1448 New York, NY 10165 | Newman Sohlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |
| Robert Carroll and Patricia Carroll <br> - fell off ladder thru floor | Newireen Associates, Lehrer, McGovern | Sept. 30, 1993 | 660 Madison Ave. | NY Sup Ct. New York County #12611/93 | Aetna | Sacks and Sacks, Esq. 150 Broadway, Fourth Floor New York, NY 10038 | Newman Sohlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |

| Plaintiff Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| Patrick Doherty and Kim Doherty - "settled paid by P's employer as per 12/12/95 letter from Newman Schlan to Aetna | Newiteen, Lehrer, McGovern | Dec. 2, 1992 | | | | | |
| Richard Giorgio and Karen Giorgio - fall from scaffold | Isetan of America, Pressmall, Newiteen, Lehrer, McGovern and Barney's, Inc. | June 21, 1993 | 660 Madison Ave. | Sup Ct NY, NY County #124215/94 | Aetna | Kaiser & Hirsch 10 Fiske Place Mount Vernon, NY 10550 | Newman Schlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |
| Lordon Grant - fall from scaffold | Metropolitan Life, 660 Mad Ave Condos, Lehrer McGovern | Nov. 7, 1994 | 660 Madison Ave. | Sup Ct NY, King's County #16536/95 | Aetna | David M. Lee, Esq. | Newman Schlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |
| Charles Neste - lost balance, twisted knee | Met Life, Newiteen, Barney's Inc., Lehrer, McGovern | May 12, 1992 | 660 Madison Ave. | Sup Ct NY, York County | Aetna | Bauman & Kunkis, P.C. 225 W. 34th St. New York, NY 10122 | Newman Schlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |
| Henri Podowski and Barbara Podowski - slip and fall | 660 Mad, Lehrer, McGovern | Feb. 24, 1992 | 660 Madison Ave. | Sup Ct. NY/Queens County #01657l/92 | | Credior, Credior, Krasser & DiGruogliters 116-02 Queens Blvd. Forest Hills, NY 11375 | Newman Schlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |
| Richard Rafferty and Mary Rafferty - accident with bandsaw | Newiteen, Lehrer, McGovern and Barney's | Aug. 2, 1993 | 660 Madison Ave. | Sup Ct. NY New York County #102124/94 | Aetna | Lloyd J. Nadel, Esq. 170 Old Country Road Mineola, NY 11501 | Newman Schlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |

| Plaintiff Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index. No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| Leslie C. Riley, as Executrix of the Estate of John C. Reilly | Newireen, Pressmed, Isetan, Barney's, Madseer, Lehrer, McGovern | March 24, 1993 | 660 Madison Ave. | Sup Ct NY County #106303/93 | Aetna | Tautenplott & Mopper, Esqs. 217 Broadway New York, NY 10007 | Newman Sohlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |
| Royal Insurance Co. of America a/s/o Bulgari Corp. of America - damage caused by water pipes bursting | Barneys New York, Lehrer McGovern | Feb. 2, 1993 | 2 E. 61st St. Hotel Pierre | Sup Ct NY Nassau County #02508/94 | Aetna | Frank T. Fortanasc, Esq. Attorneys for Plaintiff 200 Old Country Road Suite 490 Mineola, NY 11501 | Newman Sohlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |
| Christopher Showers for Paul W. Showers, deceased *settled as of 7/12/95, awaiting approval of Surrogates Court entire amount of $300,000 to be paid by AIG, Universal Builder's insurer | | | | | | | |
| Phyllis Smith, as Administratrix of the Estate of Frank Smith - death by fall | Met Life, 660 Mad, Newireen, Barney's Ins., et al. | July 17, 1992 | 660 Madison Ave. | Sup. Ct. NY New York County #19255/93 | Aetna | Edelman & Edelman, P.C. Attorneys for Plaintiff 16 Court St. Brooklyn, NY 11201 | Newman Sohlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |
| Thomas Wehmeyer and Wanda Wehmeyer | Newireen, Isetan, Pressmed and Barneys New York | Sept. 7, 1993 | 660 Madison Ave. | Sup Ct NY New York County #118087/94 | Aetna | Richard J. Cardali, P.C. 100 Church St., Suite 1610 New York, NY 10007 | Newman Sohlan Fitch & Lane, P.C. 305 B'way NY 10007-1198 |

C2.07942.00433.CIN010i.2
01/07/96 12:19am

| Plaintiff Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| James Winston | Newireen, Isetan, Pressmad and Lehre, McGovern | Sept. 21, 1992 | 660 Madison Ave. | Sup Ct NY New York County #107639/95 | Aetna | Richard J. Cardali, P.C. 100 Church St., Suite 1610 New York, NY 10007 | Newman Schlau Fitch & Lane, P.C. 305 B'way NY 10007-1198 |
| Brochedien, Inc. - failure to pay plaintiff | Barney's, Inc., Barney's New York, Newireen Associates, Lehrer, McGovern, et al. | | 660 Madison Ave. | NY Sup Ct New York County #107174/94 | | Battle Fowler 280 Park Avenue New York, NY 10017 | |
| Wigand Corporation - mechanics lien held for unpaid labor | Newireen Associates, Barney's Inc. Barney's NY, LMB | n/a | 660 Madison Ave. | Sup Ct NY NY County #600089/95 | n/a | Davis, Scott, Weber & Edwards, P.C. 100 Park Ave. New York, NY 10017 | |
| Marc S. Goldberg - demand for monies owed to plaintiff | Chelsea Property Management Corp. and Fencer Realty Co. | n/a | | Sup Ct NY NY County #112606/95 | . | Marin Brandon, Esq. Noto & Brandon 4041 Hylan Blvd., 2nd Floor Staten Island, NY 10308 | |
| Russell & Laurie Harlar - fell through floor | a. Pressmad Corp., Newireen Assoc., Component Assembly Sys, Inc. b. Barneys Inc., Barneys New York, Metropolitan Life Ins. Co., Lehrer McGovern Bovis Const., Inc. & Lehrer McGovern Bovis, Inc. | July 7, 1993 | 660 Madison Ave. | a. NY Sup. Ct. County of NY #11940/95 b. NY Sup Ct. County of NY #108892/94 | a. Aetna Life & Casualty Co. 2 World Trade Center NY, NY 10048 (Lehrer, McGovern) and b. ITT Hartford 1 Hallow Lane Lake Success, NY 11042 (Barneys Inc.) | Schneidren, Kleinick, Weitz & Damashek 233 Broadway NY, NY 10279-0003 | Newman Schlau Fitch & Lane, PC 305 Broadway NY, NY 10007-1198 |

| Plaintiff Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| Thomas & Nancy Henigman - injury to eyes due to debris | Newireen Assoc., Dolden, Ltd. & Lehrer McGovern Bovis Inc. | Sept. 27, 1993 | 660 Madison Ave. | NY Sup. Ct. County of NY #93-133831 | Aetna Casualty & Surety Co. 150 Broadway, 4th Fl. New York, NY 10038 | Sachs & Sachs, Esqs. 150 Broadway, 4th Fl. New York, NY 10038 | Barron, Carroll, Harms & McDonald 1177 Ave. of the Americas NY, NY 10036 |
| Peter & Julia Joseph - hand injury | Metropolitan Life Ins. Co., Newireen Assoc., Isetan of Amer., Inc. & Pressmad Corp. | June 28, 1993 | 660 Madison Ave. | NY Sup. Ct. County of Bronx # 7737/94 | Aetna Casualty & Surety Co. | Wise Lerman & Katz, P.C. 440 Park Ave. South NY, NY 10016 | Newman Schlau Fitch & Lane, PC 305 Broadway NY, NY 10007-1198 |
| Iris Kaplan - Personal Injury | Barneys New York, Lehrer McGovern Bovis | Aug. 17, 1993 | 660 Madison Ave. | Unknown | Aetna Ins. | Daniel A. Fried 1250 Broadway, Ste. 3205 NY, NY 10001 | Unknown |
| Robert J. & Gail Kupka | Barney's Inc., Lehrer McGovern & Bovis, Inc. | Dec. 20, 1993 | 660 Madison Ave. | NY Sup. Ct. County of NY #12054/95 | ITT Hartford One Hallow Lane Lake Success, NY 11042 (Barneys) | Matthew A. Solano 37 Fair Street Carmel, NY 10512 | Newman Schlau Fitch & Lane, P.C. 305 Broadway NY, NY 10007-1198 |
| Richard Lee - injured by scaffold | Lehrer McGovern Bovis, Inc., et al | June 16, 1993 | 660 Madison Ave. | NY Sup Ct. County of Nassau | Aetna Casualty & Surety Co. 1981 Marcus Ave. Lake Success, NY 11042 | Unknown | Newman Schlau Fitch & Lane, P.C. 305 Broadway NY, NY 10007-1198 |
| Robert C. Malley - Back injury | Barneys New York, Lehrer McGovern Bovis Inc. 660 Madison Ave. Condo. | Nov. 16, 1992 | 660 Madison Ave. | NY Sup Ct. County of Bronx #17279/93 | Aetna Casualty & Surety Co. | Robert Berkowitz, Esq. 480 Broadway, Ste 404A New York, NY 10004 | Newman Schlau Fitch & Lane, P.C. 305 Broadway NY, NY 10007-1198 |

C2 07942 00433 C19010l.2
01/07/96 12:19:am

| Plaintiff Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| John M. Mancuso | Metropolitan Life Ins Co., Lehrer McGovern Bovis Const. Inc., Big Apple Trucking Demolition & Rubbish Removal, Inc. v. ADCO Electric Corp | Dec. 15, 1992 | 660 Madison Ave. | Unknown | Aetna Casualty & Surety Co. | Unknown | Newman Schlau Fitch & Lane, P.C. 305 Broadway NY, NY 10007-1198 |
| Bruno Maschi - Struck by walkie-talkie | Fred F. French Investing Co., Inc. Metropolitan Life Ins co, 660 Madison Ave. Condo & Lehrer McGovern Bovis, Inc. | June 18, 1993 | 660 Madison Ave. | NY Sup Ct. County of NY #119871-93 | Aetna Casualty & Surety Co. | David M. Lee, Esq. 225 Broadway, Ste. 2500 NY, NY 10007 | Jacobowitz, Garfinkel & Lesman 7 Hanover Sq, NY, NY 10004 |
| Stephen & Theresa Munford - injured | Barneys New York | Sept. 3, 1993 | 660 Madison Ave. | NY Sup. Ct. County of Bronx #25784/93 | Aetna Casualty & Surety Co. | Simonson Hess & Leibowitz, P.C. 15 Maiden Lane NY, NY 10038 | Newman Schlau Fitch & Lane, P.C. 305 Broadway NY, NY 10007 |
| Stephen & Theresa Munford - fell | Pressmad Corp. & Isetan of Amer., Inc., Newireen Assoc., & The Broad of Managers of 660 Madison Ave. Condo. & Metropolitan Life Ins co. | Sept. 3, 1993 | 660 Madison Ave. | NY Sup. Ct. County of Bronx | Unknown | Simonson Hess & Leibowitz, P.C. 15 Maiden Lane NY, NY 10038 | Newman Schlau Fitch & Lane, P.C. 305 Broadway NY, NY 10007 |

C2 07942 00433 C1/9/0101.2
01/07/96 12:19am

| Plaintiff / Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| Frank Stancompiano - Fell | 660 Madison Ave. Condo. & Barney's Inc. | May 27, 1994 | 660 Madison Ave. | NY Sup. Ct. County of NY #112483/95 | AIG Claims Services, Inc., 160 Water St., 20th Fl. NY, NY 10038 | Jaroslawicz & Jaros, Esqs. 150 William St., 19 Fl. NY, NY 10038 | Mazur, Carp & Rubin, P.C. 2 Park Ave. NY, NY 10016 (attys for the Board of Managers of 660 Madison Ave. Condo) |
| Nicolas Swerbilov - struck by cinderblock | Newiteen Assoc., Lehrer McGovern Bovis Inc. & Olympic Plumbing, Inc. | June 8, 1993 | 660 Madison Ave. | NY Sup. Ct. County of NY #000080/94 | Aetna Casualty & Surety Co. | Levidow, Levidow & Oberman, P.C. 291 Broadway, Ste. 805 NY, NY 10007 | Newman Schlau Fitch & Lane, P.C. |
| Kevin Yates - struck by a metal beam | Newiteen Assoc. & Barneys Inc. | July 1, 1993 | 660 Madison Ave. | NY Sup. Ct. County of NY #113527/95 | Aetna Casualty & Surety Co. | Tinari, Paarr, Matthews, O'Connell & Osborn, LLP 66 Commack Rd., Ste. 102 Commack, NY 11725 | Newman Schlau Fitch & Lane, P.C. |
| American Steel Erectors, Inc. - payments due for renovation & reconstruction | Lehrer McGovern, Bovis, Inc., 660 Madison Ave. Condo, Domenick's Iron Works, Inc. | n/a | 660 Madison Ave. | USDC/SDNY | n/a | Cassidy, Foss & San Filippo 225 Broad Street P.O. Box 896 Red Bank, NJ 07701 | |
| Hitman Ho SpA - demand for payment | Barney's Inc. | n/a | 106 Seventh Ave. NY, NY | NY Sup. Ct. County of NY #60070/95 | n/a | Cowan, Liebowitz & Latman, P.C. 1133 Avenue of the Americas NY, NY 10036-6799 | Law Offices of Mitchell J. Baker 701 Westchester Ave. White Plains, NY 10604 |

| Plaintiff Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| C.M.C. - proof of payment- demand for payment | Barneys Inc. | n/a | | French Court System | n/a | | S.G. Archibald Archibald Anderson Association d'Avocats Tow Gar- Cedex 13 92082 Paris La Defense 2 |
| Sara Brent - slip & fall | Barney's | July 20, 1994 | 17th Street Seventh Ave. New York | Unknown | Unknown | Werbel, Werbel & Strauss 1465 Rockaway Parkway Box No. 360990 Mitchell Klafter, Esq. | Unknown |
| a) Rebecca V. & Amos James - trip & fall b) City of Beverly Hills (Cross Complaint) | | Nov. 19, 1991 | Barney's Wilshire Blvd. Los Angeles, CA. | Cal. Sup. Ct. County of Los Angeles #SC 018804 | ITT Hartford Southern Calif. P.O. Box 7711 Placentia, Ca. 92670-7711 Mr. P.W. Freeman | Unknown | a) Cline, Shaffer & Billet 5750 Wilshire Blvd. Ste. 240 Los Angeles, Ca. 90036-3697 (Barney's attys) b)Law offices of Cummings & Kemp 1851 E. First St. Santa Ana, Ca. 92705 (BNY Calif, Inc. attys) |

C2 07942.00433 C150010.2
01/07/96 12:19pm

| Plaintiff Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| Phyllis Gold - slip & fall | Barneys New York | June 6, 1994 | Barneys New York 9570 Wilshire Blvd. Beverly Hills, Ca. 90212 | Municipal Ct. of Beverly Hills Judicial Dist. #95 C 01546 | ITT Hartford | Kenneth A. Braun Salmas & Braun 1901 Ave of the Stars, 18th Fl. Los Angeles, Ca. 90067 | Cline, Shaffer & Billet 101 North Brand Blvd. Penthouse Suite Glendale, Ca. 91203-2619 |
| James A. Harding, Jr. - struck by clothing rack/fell | Barneys New York | Sep. 3, 1993 | Barneys New York Seventh Ave between 16th & 17th Streets NY | NY Sup Ct. County of NY #10883/94 | ITT Hartford 7 World Trade Center NY, NY 10048 Brigid Flanagan | Archibald & Hap 16 Court St, Ste. 503 Brooklyn, NY 11241 Roger V. Archibald, Esq. | Langan & Levy 7 World Trade Center NY NY 10048-1197 |
| Paul & Ruth Holpit - fell-construction debris | Barneys New York | Oct. 1, 1992 | Barneys New York Manhasset, NY | NY Sup Ct. County of Nassau #12457/89 | ITT Hartford P.O. Box 9001 Smithtown, NY 11781 Debra Kessler | Crouier & Ryan, Esqs. Garden City Center 100 Quentin Roosevelt Blvd., Ste. 201 Garden City, NY 11530 Madelyn Pione, Esq. | Unknown |
| Terri Kaminetsky - injury to foot | Barneys New York 660 Madison Ave. | Feb. 2, 1995 | Barneys New York 660 Madison Ave. | Unknown | Hartford Ins. Group One Hallow Lane Lake Success, NY 11042 | Shapiro & Yankowitz 350 Fifth Ave. Ste. 4514 NY, NY 10118 | Unknown |
| Lisa McIntyre-Rhoades (employee) - injury to eyes-explosion of halogen lightbulb | Barneys New York | Apr. 22, 1995 | 660 Madison Ave. | NY Sup Ct. County of NY #118468/95 | ITT Hartford P.O. Box 49259 Syracuse, NY 13221 Ms. Wright | Richard P. Naimark 339 North Main Street NY, NY 10956-300 | Unknown |

| Plaintiff / Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| Herman Munz<br>- injury to legs & hips | Barneys New York | Aug. 9, 1994 | 660 Madison Ave. | Unkown | Hartford Ins. Co. 7 World Trade Center 21st Fl. NY 10048 | Hollenberg Levin Solomon Ross & Belsky 585 Stewart Ave. Garden City, NY 11504-4732 Mr. B. Ross, Esq. | Unknown |
| Nelly Muravina<br>- injury to l/knee r/elbow & wrist/rip & fall | Barneys New York | Apr. 22, 1995 | Barneys New York 9570 Wilshire Blvd. Beverley Hills, Ca. 90212 | Unkown | ITT Hartford P.O. Box 7711 Pacentia, Ca. 92670-7711 | Leonard C. Broudy 2566 Overchand Ave. Ste. 680 Los Angeles, Ca. 90064-3366 | Unknown |
| Belle Quitman<br>- fell from escalator | Barneys New York | June 25, 1994 | 660 Madison Ave. | Unkown | ITT Hartford 7 World Trade Center, 21st Fl. NY, NY, 10048-1193 | Philip M. Licht Benjamin Fox Pavilion Suite 424 261 Old York Rd. Jenkintown, Pa. 19046 | Unknown |
| Paula Rohr<br>- slip & fall | Barneys New York Manhasset NY | July 27, 1993 | Barneys New York Manhasset NY | NY Sup Ct. County of Nassau #00891095 | Hartford Ins. Co. 150 Motor Parkway Hauppauge, NY 11788 Debra Kesser | Kolodny & Griffin One Executive Blvd. Yonkers, NY 10701 | William J. Crouter & Assoc. Garden City Center 100 Quentin Roosevelt Blvd. Suite 201 Garden City, NY 11550 |

| Plaintiff Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| Beatrice Rothberg - slip & fall | Barneys New York | Aug. 31, 1995 | Barneys New York 9570 Wilshire Blvd Beverly Hills, Ca | Unknown | Chubb & Son, Inc. P.O. Box 4208 Woodland Hills, Ca 91365-4208 | Seiner, Glaser, Komen, Bager & Galganski, PC 7700 Bonhomme Place Suite 700 Clayton, MI 63105-1924 | Unknown |
| Maria Shivelberg - allergic to cosmetic applied to face | Barneys New York | Oct. 13, 1994 | 660 Madison Ave. | NY Sup Ct. County of NY #11211/995 | ITT Hartford One Hallow Lane Lake Success, NY 11042 | Cheriff & Cheriff 1776 Broadway NY, 10019 M.E. Cocchiaro, Esq. | Unknown |
| Evelyn Tarzian - foot caught in escalator | Barneys New York | Nov. 23, 1994 | 660 Madison Ave. | Unknown | ITT Hartford P.O. Box 7711 Placentia, Ca. 92670-7711 | Debra Takakjian 20 West 87th Street New York 10024 | Unknown |
| Thelma Titchen | Barneys New York | Sept. 10, 1993 | Barneys Inc. 106 Seventh Ave NY | NY Sup Ct. County of Kings #2881-94 | Hartford Ins. Co 7 World Trade Center 21st Fl NY, NY 10048 | Bauman & Kunkis, P.C. 225 W 34th Street NY, NY 10122 Roger M. Kunkis, Esq. | Langan & Levy 7 World Trade Center NY, NY 10048-1197 |
| Carol Titchman | Barneys | Aug. 31, 1995 | No accident reports were taken at the Seventh Avenue or 660 Madison Ave. locations | Unknown | Chubb & Son, Inc. 100 Williams St. NY 10038 | Simon, Drabkin & Margulies 291 Broadway New York 10007 Ralph J. Drabkin, Esq. | Unknown |

C2 07942 00433 CI90100.L2
01/07/96 12:19am

| Plaintiff / Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| Gina Tuttle - fell from stairs | Barneys | Aug. 24, 1993 | Barneys New York 255 W 17th Street NY | NY Sup Ct. County of NY #94-124089 | Hartford Ins. Co. 7 World Trade Center 21st Fl. New York, 10048 | Lawrence Waldman 2000 Ocean Blvd. Atlantic Beach, NY 11509 | Langan & Levy 7 World Trade Center NY, NY 10048-1197 |
| Anne Yerger - assaulted b/c of bad lighting | Barneys Inc. | Feb. 6, 1995 | Barneys Inc. 236 W 18th Street NY | Unknown | ITT Hartford One Hallow Lane, 3rd Fl. Lake Success, NY 11042 | Ronald V. Zezima 111 John St., Ste. 2201 New York, 10038 | Unknown |
| Melissa Zarat - struck in head by a metal stand | Barneys New York | Apr. 27, 1994 | Barneys New York Seventh Avenue and 17th street NY | NY Sup Ct. County of NY #12569/94 21st Fl. NY, NY 10048 | Hartford Ins. Co. 7 World Trade Center 21st Fl. NY, NY 10048 | Rosenberg, Minc & Armstrong 122 E. 42nd St. Ste. 3300 NY, NY 10168 Robert H. Wolff, Esq. | Unknown |
| Todd Crossley (employee) - verbal abuse | Barneys New York | Nov. 7, 1994 | Barneys New York Beverly Hills | USDC/ Central Dist. of Cal #CV-95-5486 | Chubb Group of Ins. Co. 6500 Wilshire Blvd. Los Angeles, Ca. 90048 | Jeffrey Scott Humphry 140 South Roxbury Dr. 15 Beverly Hills, Ca. 90212 | Proskauer Rose Goetz & Mendelsohn LLP 2121 Ave of the Stars, 27th Fl. Los Angeles, Ca. 90067-5010 Emily Peters, Esq. |
| Corinne A. Volpe (employee) - sexual harassment | Barneys | Unknown | Barneys Manhasset, NY | USDC/EDNY # CV 95-5000 | n/a | Equal Employment Opportunity Comm. 7 World Trade Center New York, NY 10048 | Proskauer Rose Goetz & Mendelsohn 1585 Broadway NY, NY 10036 Richard Levin, Esq. |

C2 07942 00433 C1590101.2
01/07/96 12:19am

| Plaintiff Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| Beverly Parker-Pollack | Barneys New York | Jan. 18, 1994 | Barneys New York 106 Seventh Ave. New York | NY Sup Ct. County of NY #11224-94 | | | |
| Kim O'Bryant - discrimination - race and gender | Barney's, Inc. | March 21, 1991 | NYC Commission on Human Rights | NY Sup Ct. County of NY New York | ITT Hartford 7 World Trade Center NY 10048 Ms. B. Flanagan | Weitz & Luxenberg 40 Fulton St., 19th Fl. NY 10038 Mr. A.M. Luxenberg, Esq. | Langan & Levy 7 World Trade Center, 7th Fl. NY, NY 10048 |
| Clair Cusack McGlashen - discrimination - sex and Equal Pay Act | Barney's, Inc. | June 4, 1992 | Houston, Texas | Texas Commission on Human Rights (EEOC) | | | |
| Corinne Volpe - sexual harassment | Barney's, Inc. | March 31, 1993 | Manhasset, New York | EEOC | | | |
| Antonio Gonzalez - discrimination - race and national origin | Barney's, Inc. | Sept. 14, 1993 | Manhasset, New York | NYS Div. of Human Rights | | | |
| Martin Clayton - discrimination - race and hostile environment | Barney's, Inc. | October 25, 1993 | Chicago store | Illinois Dept. of Human Rights | | | |
| Michael Davis - Civil suit - race discrimination | Barney's, Inc. | October 26, 1993 | 660 Madison Ave. | | | | |
| Peter Ochoa - discrimination - sexual orientation | Barney's, Inc. | July 5, 1994 | Costa Mesa, California | California Dept. of Industrial Relations | | | |
| Millicent Lowe - discrimination - race & sex | Barney's, Inc. | Nov. 18, 1994 | 660 Madison Ave. | NYS Div. of Human Rights | | | |

| Plaintiff<br>Nature of Accident | Defendant | Date of Loss | Place of<br>Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's<br>Attorney |
|---|---|---|---|---|---|---|---|
| Catherine Cox<br>- discrimination - age<br>and sex | Barney's, Inc. | Dec. 12, 1994 | Houston, Texas | EEOC | | | |
| James Fockrell<br>- discrimination -<br>sexual orientation | Barney's, Inc. | July 5, 1995 | Beverly Hills, CA | California Dept.<br>of Industrial<br>Relations | | | |
| Todd Crossley | Barney's, Inc. | July 11, 1995 | Beverly Hills store | U.S. District<br>Court | | | |
| Nancy McGovern<br>- sex discrimination | Barney's, Inc. | July 25, 1995 | Harriman, NY | EEOC/NYS<br>Division of<br>Human Rights | | | |

C2 07942 00633 CI900.01.2
01/07/96 12:19am

# RESOLVED CASES PAST YEAR

| Plaintiff Nature of Accident | Defendant | Date of Loss | Place of Occurrence | Court/Index No. | Defendant's Insurer | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|---|
| Frank Arena - unfair discharge | Barney's, Inc. | April 12, 1995 | 660 Madison Ave. | Local 340 union arbitration | | | |
| Allen Wims - unfair discharge | Barney's, Inc. | April 27, 1995 | Chelsea Properties Management Company New York, New York | Local 32B-231 union arbitration | | | |
| Byron Thompson - unfair discharge | Barney's, Inc. | April 18, 1995 | Lyndhurst, New Jersey | Local 400 union arbitration | | | |
| Norman Desouza - unfair discharge | Barney's, Inc. | June 6, 1995 | 17th Street store | Local 340 union arbitration | | | |
| Sherry Perkov - unfair labor practice | Barney's, Inc. | Nov. 16, 1995 | 660 Madison Ave. | National Labor Relations Board (NLRB) | | | |
| Local 340 ACTW - unfair labor practice | Barney's, Inc. | May 11, 1995 | New York, NY | NLRB | | | |

Exhibit 5

## BARNEY'S STORES

New York
660 Madison Avenue
New York, NY  10022

Beverly Hills
9570 Wilshire Boulevard
Beverly Hills, CA  90212

WorldFinancial Center
225 Liberty Street
Two Financial Center
New York, NY  10281

Harriman
Woodbury Commons
Route 32 Space A1
Central Valley, NY  10917

Potomac Mills
2700 Potomac Mills Circle
Suite 961
Prince William, VA  22192

Worcester
Worcester Common Fashion
Outlet
110 Front Street Suite #225
Worchester, MA  01608

Saw Grass Mills
12801 West Sunrise Boulvard
Suite 1029
Sunrise, Florida 3323

Cabazon Outlet
48650 Seminole Drive
Suite 128
Cabazon, CA  92230

Camarillo Factory Stores
850 East Ventura Blvd.
Suite 710
Camarillo, CA  93010

Leased Premises at which
Assets are also located:

Office/Warehouse at
1201 Valley Brook Ave.
Lyndhurst, NJ

C190569

## BARNEY'S AMERICA STORES

New York
106 Seventh Avenue
New York, NY  10011

Manhasset
Americana at Manhasset
2044 Northern Blvd.
Manhasset, NY  11030

Short Hills
The Mall at Short Hills
Rt. 24 Kennedy Pkwy
Short Hills, NJ  07078

Chestnut Hill
The Mall at Chestnut Hill
199 Boylston Street
Chestnut Hill, MA  02167

Houston
Galleria I
5015 Westheimer
Suite 2220
Houston, TX  77056

Westport
27 Main Street
Westport, CT  06880

Chicago
25 East Oak Street
Chicago, IL  60611

Troy
The Somerset Collection
2801 W. Big Beaver Road
Troy, MI  48084

Costa Mesa
South Cost Plaza
3333 Bristol Street
Costa Mesa, CA  92626

Seattle
City Centre
Fifth and Pike
Suite 110
Seattle, WA  98101

Dallas
NorthPark Center
330 NorthPark Center
Dallas, TX  75225

Exhibit 6

# CERTIFICATE OF SECRETARY AS TO RESOLUTIONS ADOPTED
## BY THE BOARD OF DIRECTORS OF
### BARNEY'S, INC.

I, Marc H. Perlowitz, the duly elected Secretary of Barney's, Inc., a New York corporation (the "Company"), do hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company at a special meeting duly held in person on December 20, 1995 at which all directors present were able to speak and hear each other, and such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file a voluntary petition for relief under chapter 11 of Title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, verify and file a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York at such time as the officer(s) executing said petition on behalf of the Company shall determine; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the law firm of LeBeouf, Lamb, Greene & MacRae, L.L.P., and such other counsel as is necessary, to render legal services to, and to represent, the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the Blackstone Group and Paul Hunn as financial advisors and any accounting firm and any other advisors or professionals to the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all resulting or related expenses in such case as in

their judgment shall be necessary and desirable, in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any officer or officers of the Company in connection with the reorganization and recapitalization of the Company or any matter or matters related thereto, or by virtue of these resolutions be, and they hereby are, ratified, confirmed and approved in all respects.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of the Company this 4th day of January, 1996.

Marc H. Perlowitz
Secretary

## CERTIFICATE OF SECRETARY AS TO RESOLUTIONS ADOPTED
## BY THE BOARD OF DIRECTORS OF
## BARNEYS AMERICA, INC.

I, Marc H. Perlowitz, the duly elected Secretary of Barneys America, Inc., a Delaware corporation (the "Company"), do hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company at a special meeting duly held in person on December 20, 1995 at which all directors present were able to speak and hear each other, and such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file a voluntary petition for relief under chapter 11 of Title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, verify and file a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York at such time as the officer(s) executing said petition on behalf of the Company shall determine; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the law firm of LeBoeuf, Lamb, Greene & MacRae, L.L.P., and such other counsel as is necessary, to render legal services to, and to represent, the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the Blackstone Group and Paul Hunn as financial advisors and any accounting firm and any other advisors or professionals to the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all resulting or related expenses in such case as in

their judgment shall be necessary and desirable, in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any officer or officers of the Company in connection with the reorganization and recapitalization of the Company or any matter or matters related thereto, or by virtue of these resolutions be, and they hereby are, ratified, confirmed and approved in all respects.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of the Company this 4th day of January, 1996.

Marc H. Perlowitz
Secretary

# CERTIFICATE OF SECRETARY AS TO RESOLUTIONS ADOPTED
## BY THE BOARD OF DIRECTORS OF
### REEN JAPAN CORP.

I, Marc H. Perlowitz, the duly elected Secretary of Reen Japan Corp., a Delaware corporation (the "Company"), do hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company at a special meeting duly held in person on December 20, 1995 at which all directors present were able to speak and hear each other, and such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file a voluntary petition for relief under chapter 11 of Title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, verify and file a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York at such time as the officer(s) executing said petition on behalf of the Company shall determine; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the law firm of LeBeouf, Lamb, Greene & MacRae, L.L.P., and such other counsel as is necessary, to render legal services to, and to represent, the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the Blackstone Group and Paul Hunn as financial advisors and any accounting firm and any other advisors or professionals to the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all resulting or related expenses in such case as in

their judgment shall be necessary and desirable, in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any officer or officers of the Company in connection with the reorganization and recapitalization of the Company or any matter or matters related thereto, or by virtue of these resolutions be, and they hereby are, ratified, confirmed and approved in all respects.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of the Company this 4th day of January, 1996.

Marc H. Perlowitz
Secretary

CERTIFICATE OF SECRETARY AS TO RESOLUTIONS ADOPTED
BY THE BOARD OF DIRECTORS OF
BNY LICENSING CORP.


I, Marc H. Perlowitz, the duly elected Secretary of BNY Licensing Corp., a Delaware corporation (the "Company"), do hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company at a special meeting duly held in person on December 20, 1995 at which all directors present were able to speak and hear each other, and such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file a voluntary petition for relief under chapter 11 of Title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, verify and file a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York at such time as the officer(s) executing said petition on behalf of the Company shall determine; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the law firm of LeBeouf, Lamb, Greene & MacRae, L.L.P., and such other counsel as is necessary, to render legal services to, and to represent, the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the Blackstone Group and Paul Hunn as financial advisors and any accounting firm and any other advisors or professionals to the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all resulting or related expenses in such case as in

their judgment shall be necessary and desirable, in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any officer or officers of the Company in connection with the reorganization and recapitalization of the Company or any matter or matters related thereto, or by virtue of these resolutions be, and they hereby are, ratified, confirmed and approved in all respects.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of the Company this 4th day of January, 1996.

Marc H. Perlowitz
Secretary

# CERTIFICATE OF SECRETARY AS TO RESOLUTIONS ADOPTED
## BY THE BOARD OF DIRECTORS OF
### BNY LEASING CORP.

I, Marc H. Perlowitz, the duly elected Secretary of BNY Leasing Corp., a Delaware corporation (the "Company"), do hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company at a special meeting duly held in person on December 20, 1995 at which all directors present were able to speak and hear each other, and such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file a voluntary petition for relief under chapter 11 of Title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, verify and file a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York at such time as the officer(s) executing said petition on behalf of the Company shall determine; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the law firm of LeBoeuf, Lamb, Greene & MacRae, L.L.P., and such other counsel as is necessary, to render legal services to, and to represent, the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the Blackstone Group and Paul Hunn as financial advisors and any accounting firm and any other advisors or professionals to the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all resulting or related expenses in such case as in

their judgment shall be necessary and desirable, in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any officer or officers of the Company in connection with the reorganization and recapitalization of the Company or any matter or matters related thereto, or by virtue of these resolutions be, and they hereby are, ratified, confirmed and approved in all respects.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of the Company this 4th day of January, 1996.

Marc H. Perlowitz
Secretary

CERTIFICATE OF SECRETARY AS TO RESOLUTIONS ADOPTED
BY THE BOARD OF DIRECTORS OF
BASCO ALL-AMERICAN SPORTSWEAR CORP.

I, Marc H. Perlowitz, the duly elected Secretary of Basco All-American Sportswear Corp., a New York corporation (the "Company"), do hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company at a special meeting duly held in person on December 20, 1995 at which all directors present were able to speak and hear each other, and such resolutions have not been amended or rescinded and are now in full force and effect:

> RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file a voluntary petition for relief under chapter 11 of Title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York; and it is further

> RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, verify and file a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York at such time as the officer(s) executing said petition on behalf of the Company shall determine; and it is further

> RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the law firm of LeBeouf, Lamb, Greene & MacRae, L.L.P., and such other counsel as is necessary, to render legal services to, and to represent, the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

> RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the Blackstone Group and Paul Hunn as financial advisors and any accounting firm and any other advisors or professionals to the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

> RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all resulting or related expenses in such case as in

their judgment shall be necessary and desirable, in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any officer or officers of the Company in connection with the reorganization and recapitalization of the Company or any matter or matters related thereto, or by virtue of these resolutions be, and they hereby are, ratified, confirmed and approved in all respects.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of the Company this 4th day of January, 1996.


Marc H. Perlowitz
Secretary

## CERTIFICATE OF SECRETARY AS TO RESOLUTIONS ADOPTED
## BY THE BOARD OF DIRECTORS OF
## PFP FASHIONS, INC.

I, Marc H. Perlowitz, the duly elected Secretary of PFP Fashions, Inc., a New York corporation (the "Company"), do hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company at a special meeting duly held in person on December 20, 1995 at which all directors present were able to speak and hear each other, and such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file a voluntary petition for relief under chapter 11 of Title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, verify and file a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York at such time as the officer(s) executing said petition on behalf of the Company shall determine; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the law firm of LeBeouf, Lamb, Greene & MacRae, L.L.P., and such other counsel as is necessary, to render legal services to, and to represent, the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to retain on behalf of the Company, the Blackstone Group and Paul Hunn as financial advisors and any accounting firm and any other advisors or professionals to the Company in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all resulting or related expenses in such case as in